968 F.2d 13
 Gurneak (Joseph), Bennett (Paul), Smyth (Michael), Drosey
(Joseph), Cook (Donald), Hunt (John), Wittenez (Earl),
Carlton (Charles), Siefert (Pamela), Liberato (Joseph), Egan
(James), Dunphy (Gerald), Finn (Robert), Beanland (Sydney),
Martin (Richard), O'Brien (Russell), Saulsbury (Elmer),
Fagan (William), Matus (Robert), Austin (James Richard)
v.
Chevron, U.S.A., Inc.
 NO. 91-5791
 United States Court of Appeals,
Third Circuit.
 May 20, 1992
 
 Appeal From: D.N.J.,
 Sarokin, J.
 
 
 1
 AFFIRMED.